FILED
JUN - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1897-IEG |
| ) | |
| Plaintiff, ) | I N F O R M A T I O N |
| ) | |
| v. ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| ) | |
| ALBERTO CAZARES-RODRIGUEZ, ) aka Jose Luis Trejo-Rodriguez,) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); |
| ) | Title 8, U.S.C., Sec. 1325 - |
| Defendant. ) | Illegal Entry (Felony) |

The United States Attorney charges:

<u>Count 1</u>

On or about May 1, 2008, within the Southern District of California, defendant ALBERTO CAZARES-RODRIGUEZ, also known as Jose Luis Trejo-Rodriguez, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

CEM:lg:San Diego
6/2/08

Count 2

On or about May 2, 2008, within the Southern District of California, defendant ALBERTO CAZARES-RODRIGUEZ, also known as Jose Luis Trejo-Rodriguez, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

Count 3

On or about May 12, 2008, within the Southern District of California, defendant ALBERTO CAZARES-RODRIGUEZ, also known as Jose Luis Trejo-Rodriguez, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 6/5/08

KAREN P. HEWITT
United States Attorney

CALEB E. MASON
Assistant U.S. Attorney