

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUN - 5 2008

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ALBERTO CAZARES-RODRIGUEZ<br>aka Jose Luis Trejo-Rodriguez | CASE NUMBER: 08CR1827-IEG |

I, ALBERTO CAZARES-RODRIGUEZ, also known as Jose Luis Trejo-Rodriguez, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___6/5/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Alberto Cazarez_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer