U.S.A. vs Jose Luis Trejo-Rodriguez          No. 08CR1827-IEG

The Court finds excludable delay, under the section indicated by check (✓),
commenced on __6-17-08__ and ended on __8-4-09__ ; (X7, XT)
_____ and ended on _____ .(  )

3161(h)

___ (1)(A)    Exam or hrg for **mental or physical incapacity**                                         A
___ (1)(B)    **NARA exam**ination (28:2902)                                                            B
___ (1)(D)    State or Federal trials or **other charges pending**                                      C
___ (1)(E)    **Interlocutory appeals**                                                                 D
___ (1)(F)    **Pretrial motions** (from flg to hrg or other prompt dispo)                              E
___ (1)(G)    **Transfers from other district** (per FRCrP 20, 21 & 40)                                 F
___ (1)(J)    **Proceedings under advisement** not to exceed thirty days                                G
___           Misc proc: Parole or prob rev, deportation, **extradition**                               H
___ (1)(H)    **Transportation** from another district or to/from examination                           6
              or hospitalization in ten days or less
_X_ (1)(I)    Consideration by Court of **proposed plea agreement**                                    (7)
___ (2)       **Prosecution deferred** by mutual agreement                                              I
___ (3)(A)(B) **Unavailability of defendant** or **essential witness**                                  M
___ (4)       Period of **mental or physical incompetence** of defendant to                             N
              stand trial
___ (5)       Period of **NARA commitment or treatment**                                                O
___ (6)       **Superseding indictment and/or new charges**                                             P
___ (7)       **Defendant awaiting trial of co-defendant** when no severance                            R
              has been granted
___ (8)(A)(B) **Continuances** granted per (h)(8)-use "T" alone if more than                            T
              one of the reasons below are given in support of continuance
___ (8)(B)(I) 1) Failure to grant a **continuance** in the proceeding                                  (T)
                 would result in a **miscarriage of justice** and
                 the ends of justice outweigh the best interest
                 of the public and the defendant in a speedy trial.
                 **(Continuance - miscarriage of justice)**
_X_           2) Failure to grant a **continuance** of the trial would result in
                 a miscarriage of justice as the defendant has tendered a
                 guilty plea to a magistrate judge and is awaiting a
                 determination as to whether the plea will be accepted.
                 **(Continuance - tendered a guilty plea)**
___ (8)(B)(ii)  2) **Case** unusual or **complex**                                                     T2
___ (8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days             T3
___ (8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel,                   T4
                   or give reasonable time to prepare
                   **(Continuance re counsel)**
___ 3161(I)   Time up to **withdrawal of guilty plea**                                                  U
___ 3161(b)   **Grand jury indictment time extended** thirty (30) more days                             W

Date __6-17-08__                                          __CAB__
                                                        Judge's Initials